AO 245A  (Rev. 7/87) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

_____Northern_____ DISTRICT _____New York_____

UNITED STATES OF AMERICA

v.

Hassan Stewart

**JUDGMENT OF ACQUITTAL**

CASE        1:07-cr-15

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judicial Officer

Frederick J. Scullin, Jr., Senior U.S. District Judge
Name and Title of Judicial Officer

June 18, 2008
_____
                Date